```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LUC ROBERT BERNARD,                                              :
                                                                 :
                          Plaintiff,                             :
                                                                 :        20-cv-1527 (LJL)
             -v-                                                 :
                                                                 :            ORDER
CARE DESIGN N.Y. and CEO JIM MORAN,                              :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/15/2021_

LEWIS J. LIMAN, United States District Judge:

 The Court recently received Plaintiff's filing dated December 9, 2021 and filed it on the docket. Plaintiff is reminded to refer to my Individual Practices in Civil Cases, which can be found at https://www.nysd.uscourts.gov/hon-lewis-j-liman. Rule 2(M) of my Individual Practices states: "In the event that a *pro se* party is not participating in e-filing, and notwithstanding anything in the foregoing Individual Practices to the contrary, all papers to be filed with the Court by a *pro se* party shall be sent to the *Pro Se* Intake Unit at the following mailing address:

> *Pro Se* Intake Unit
> Daniel Patrick Moynihan United States District Courthouse
> 500 Pearl Street
> New York, NY 10007

or delivered in person to the *Pro Se* Intake unit at the following physical address:

> *Pro Se* Intake Unit
> Thurgood Marshall United States District Courthouse, Room 105
> 40 Foley Square
> New York, NY 10007"

 The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

 SO ORDERED.

Dated: December 15, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge